BRENT H. MERRITT, SB#165479
Attorney at Law
22231 Mulholland Highway
Suite 204
Calabasas, California 91302
(818) 222-2245
(818) 222-7001 fax

Attorney for Defendant

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MEHDI MOHAMMED HUMKAR,<br><br>Defendant. | CASE NO. CR10-00822-JHN<br><br>**[PROPOSED] STIPULATION TO CONTINUE SENTENCING** |

**THE PARTIES STIPULATE TO THE FOLLOWING:**

1. Defense counsel requires an opportunity to include potentially favorable proffer results into Defendant's Sentencing Position.

2. Defendant Humkar continues to make efforts to gather the full restitution sought in this matter prior to sentencing.

3. The parties agree to continue the sentencing currently set for July 17, 2012 to September 24, 2012 at 2:00 p.m.

///

///

///

---

1

**[PROPOSED] STIPULATION TO CONTINUE SENTENCING**

It is so stipulated.

DATED: July 13, 2012

                                              //SS//
Brent H. Merritt
Attorney for Defendant,
MEHDI MOHAMMED HUMKAR

DATED: July 13, 2012                UNITED STATES ATTORNEY'S OFFICE

By:       //SS//
Peter M. Williams
Special Assistant
United States Attorney
Attorney for Plaintiff,
UNITED STATES OF AMERICA

---

2

**[PROPOSED] STIPULATION TO CONTINUE SENTENCING**