1 | BRENT H. MERRITT, SB#165479
Attorney at Law
2 | 22231 Mulholland Highway
Suite 204
3 | Calabasas, California 91302
(818) 222-2245
4 | (818) 222-7001 fax

5 | Attorney for Defendant

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 2:10-cr-00822-JHN |
|---|---|
| Plaintiff, | ) |
| | ) **ORDER ON STIPULATION TO** |
| vs. | ) **CONTINUE SENTENCE HEARING** |
| | ) |
| MEHDI MOHAMMED HUMKAR, | ) |
| Defendant. | ) |

The court having considered the application, and finding that GOOD CAUSE has been shown, IT IS ORDERED AS FOLLOWS:

1. The Sentence hearing is continued to **September 24, 2012, at 2:00 p.m.**

Dated: July 16, 2012

_____
Honorable Jacqueline H. Nguyen
U.S. Circuit Judge
*sitting by designation