BRENT H. MERRITT, SB#165479
Attorney at Law
22231 Mulholland Highway
Suite 204
Calabasas, California 91302
(818) 222-2245
(818) 222-7001 fax

Attorney for Defendant

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR10-00822-JHN |
| Plaintiff, | **STIPULATION TO PERMIT TRAVEL OUTSIDE THE CENTRAL DISTRICT OF CALIFORNIA** |
| vs. | |
| MEHDI MOHAMMED HUMKAR, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties to the above entitled action, through their respective counsel of record, that the Conditions of Bail for the defendant, MEHDI MOHAMMED HUMKAR, be modified to permit him to travel to Las Vegas (Clark County), Nevada, from August 11, 2012 to August 14, 2012.

This request is based on the fact that Defendant Humkar wishes to attend a tobacco trade and wholesale show.

///

///

///

1

**STIPULATION TO PERMIT TRAVEL OUTSIDE THE CENTRAL DISTRICT OF CALIFORNIA**

It is so stipulated.

DATED: August 3, 2012

_____//SS//_____
Brent H. Merritt
Attorney for Defendant,
MEHDI MOHAMMED HUMKAR

DATED: August 3, 2012      UNITED STATES ATTORNEY'S OFFICE

By:_____//SS//_____
Peter M. Williams
Special Assistant
United States Attorney
Attorney for Plaintiff,
UNITED STATES OF AMERICA

**STIPULATION TO PERMIT TRAVEL OUTSIDE THE CENTRAL DISTRICT OF CALIFORNIA**