ORIGINAL

1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   RANEE A. KATZENSTEIN (Cal. SBN 187111)
4  Assistant United States Attorney
        1100 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone: (213) 894-2432
        Facsimile: (213) 894-6269
7
   R. STEVEN LAPHAM (Cal. SBN 93406)
8  Special Assistant United States Attorney
   PETER M. WILLIAMS (Cal. SBN 180533)
9  Special Assistant United States Attorney
        505 I Street, Suite 10-100
10      Sacramento, CA 95814
        Telephone: (916) 554-2724
11
   Attorneys for Plaintiff
12 UNITED STATES OF AMERICA

13                UNITED STATES DISTRICT COURT

14            FOR THE CENTRAL DISTRICT OF CALIFORNIA

15 UNITED STATES OF AMERICA,    ) CR 10-00822-JHN
                                )
16           Plaintiff,         ) [Proposed] ORDER GRANTING
                                ) GOVERNMENT'S MOTION FOR
17       v.                     ) DOWNWARD DEPARTURE OF
                                ) DEFENDANT'S SENTENCE PURSUANT
18 MEHDI MOHAMMED HUMKAR,       ) TO U.S.S.G. § 5K 1.1.
                                )
19           Defendant.         )
                                ) Sentencing Hearing:
20                              )         Sept. 24, 2012
                                  Date:   November 7, 2011
21                                Time:   9:30 a.m. 2 pm

22 ─────────────────────────────

23     Based on the government's motion, and for good cause shown,

24     IT IS HEREBY ORDERED THAT the government's Motion For A

25 Downward Departure Pursuant to U.S.S.G. § 5K1.1 is GRANTED.

26 The government has demonstrated to the Court's satisfaction that

27 defendant has provided substantial assistance to the government

28 worthy of a one-level downward departure. Based on the

government's representations, defendant has provided information to the government that is, or will be, useful to the government in related investigations and prosecutions.

DATE: 9/24/12

HONORABLE JACQUELINE H. NGUYEN
~~XXXX XXXXXXXX XXXXXX XXXXX~~
U.S. Circuit Judge
sitting by designation